UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

——

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:12-mc-00075 |
| | ) | |
| v. | ) | Honorable Janet T. Neff |
| | ) | |
| GARY L. VANARSDAL, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## REPORT AND RECOMMENDATION

For the reasons stated in the government's Motion and Memorandum in Support of

Motion to Dismiss Petition to Enforce Internal Revenue Service Summons (Dkt. Nos. 22 and

23), the undersigned recommends that the motion (Dkt. No. 22) be GRANTED and the Petition

(Dkt. No. 1) be dismissed without prejudice.


Date:  September 18, 2014                    /s/ Ellen S. Carmody
                                          ELLEN S. CARMODY
                                          United States Magistrate Judge


## NOTICE TO PARTIES

You have the right to review of the foregoing findings by the district judge.  Any
application for review must be in writing, must specify the portions of the findings or proceed-
ings objected to, and must be filed and served no later than 14 days after the filing of this Report
and Recommendation.