UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.

GARY L. VANARSDAL,

    Respondent.
_____/

Case No. 1:12-mc-75

HON. JANET T. NEFF

## ORDER

On September 18, 2014, the government filed a Motion to Dismiss Petition to Enforce Internal Revenue Service Summons (Dkt 22). The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on September 18, 2014 (Dkt 24), recommending that this Court grant the motion and dismiss without prejudice the petition. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 24) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the government's Motion to Dismiss Petition to Enforce Internal Revenue Service Summons (Dkt 22) is GRANTED, and the Petition to Enforce Internal Revenue Service Summons (Dkt 1) is DISMISSED WITHOUT PREJUDICE.

Dated: October 9, 2014

        /s/ Janet T. Neff
        JANET T. NEFF
        United States District Judge